

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
*Assistant Corporation Counsel*
Room 3-183
Telephone: (212) 788-0893
Facsimile: (212) 788-9776
pfrank@law.nyc.gov

February 10, 2011

**VIA ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge, EDNY
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Shatara Cook v. City of New York, et al.</u>, CV 10-2472 (NGG)(SMG)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York, UC C0120 and Josephine Piparo.  In that regard, I write on behalf of all parties to advise the Court that the above-referenced matter settled. Accordingly, the parties respectfully submit that the conference scheduled for February 11, 2011 at 10:30 a.m. is no longer necessary.  Furthermore, the Stipulation and Order of Settlement and Dismissal will be submitted to the Court as soon as it is executed.

        I thank the Court for its consideration herein.

Respectfully submitted,

/s/

Philip S. Frank
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    <u>Via ECF</u>
       Robert Marinelli, Esq.
       305 Broadway, 14th floor
       New York, NY 10007